IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA POMRANING, on behalf of A.G. – a minor child<br>*Plaintiff*<br><br>v.<br><br>CAROLYN W. COLVIN,<br>**Commissioner of Social Security**<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 14-3832 |

FILED
SEP 1 6 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

# ORDER

**AND NOW**, this 16th day of September 2015, upon careful and independent review of the administrative record, [ECF 7], Plaintiff's brief and statement of issues in support of request for review, [ECF 11], the response thereto filed by Defendant Carolyn W. Colvin, Commissioner of Social Security ("Commissioner"), [ECF 14], and Plaintiff's reply, [ECF 15], and upon consideration of the Report and Recommendation issued by the Honorable M. Faith Angell, United States Magistrate Judge, [ECF 21], and no objections thereto, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's request for review is **GRANTED**.

3. The Commissioner's decision denying A.G. benefits is **VACATED** and this matter is **REMANDED** to the Commissioner for calculation of an award of Social Security Income benefits.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.